# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re: Hospital Staffing Services  
et al.  
Kenneth A Welt  
vs  
Donna Shalala

Case Number _____  
Chapter __7__  
County of Residence: Broward  
Adversary Case Number 99-2328-BKC-RBR-A  
or Principle Place of Business: Broward

## - TRANSMITTAL OF RECORD TO DISTRICT COURT -

[ X ]  Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal Filed on January 3, 2000  
[  ]  Request to Expedite Appeal attached.  
[  ]  Related District Court Case # _____  
(Assigned to Motion filed pursuant to USDC Local Rule 87.4 C or D)

**The Party or Parties Included in the Appeal to District Court:**

APPELLANT(S): Kenneth A. Welt          ATTORNEY: Arthur H. Rice, 848 Brickell Ave #1100, Miami, FL 33131

APPELLEE(S): Donna A. Shalala          ATTORNEY: Tom Scott, U.S. Attorney's Office, 99 NE 4 St #300, Miami, FL 33132

Title & Date of Order Appealed: Order Granting Defendant's Motion to Dismiss Complaint and Denying Plaintiff's Motion for Partial Summary Judgment (cp 23 signed 12/7/99) and Order Denying Trustee's Motion for Rehearing and/or Reconsideration of Order Granting Defendant's Motion to Dismiss Complaint, Etc. (cp 29 signed 12/22/99)

Entered on Docket Date: 12/8/99 & 12/22/99      Docket No. 23 & 29

[ X ]  Designation in Appeal (See Attached)i  
[  ]  Designation in Cross Appeal (See Attached)  
[ X ]  Copy of Docket  
[  ]  Exhibits _____  
[ X ]  Transcript(s) of Hearing on 11/9/99  
[  ]  Other: _____

KAREN EDDY, CLERK OF COURT

Dated: 1/27/00

By: Violet Franks  
Deputy Clerk, USBC  
Telephone No: 954-769-5700

## - BANKRUPTCY RULE 8007 ACKNOWLEDGMENT OF DOCKETING IN DISTRICT COURT -

DISTRICT COURT CASE NUMBER: 00-6127

DATE OF DOCKETING: January 28, 2000

CIV-GRAHAM

MAGISTRATE TURNOFF

CARLOS JUENKE  
Court Administrator/Clerk of Court

By: Barbara Railsback  
Deputy Clerk, USDC  
Telephone No: _____

COPIES TO:  
WHITE COPY - USDC  
YELLOW COPY - ATTORNEY FOR APPELLANT Elliot H. Scherker, 1221, Brickell Ave., Miami, FL 33131  
BLUE COPY - ATTORNEY FOR APPELLEE: Arthur Rice, 848 Brickell Ave #1100, Miami, FL 33131  
PINK COPY - RETURN TO USBC  
GREEN COPY - RETAINED BY USBC

CF-A2 (rev. 12/01/98)

**00-6127**

U.S. Bankruptcy Court
Southern District of Florida (Broward)

**CIV-GRAHAM**

Adversary Proceeding #: 99-2328

Date filed: 9/20/99                                         Date terminated: 12/10/99
Assigned to: Judge Raymond B. Ray
Related Bankruptcy Case #: 98-21821                         **MAGISTRATE**
In Re: Hospital Staffing Services, Inc.,                    **TURNOFF**
Demand: $0,000                                              Nature of Suit: 434

```
=========================        * Attorneys *

KENNETH A WELT                   Arthur H Rice, Esq
c/o Arthur H Rice                848 Brickell Ave #1100
848 Brickell Ave #1100           Miami, FL 33131
Miami, FL 33131                  305-379-3121
     * Plaintiff *


    v.

DONNA SHALALA                    Grisel Alonso, Esq
     * Defendant *               99 NE 4 St #300
                                 Miami, FL 33132
                                 305-961-9310
```



Certified to be a true and correct copy of the original.
Karen Eddy, Clerk
U.S. Bankruptcy Court
So. Dist. of Fla.
By _____
Deputy Clerk
Date: 1/27/00

```
Proceedings include events between 1/1/99 and 1/27/00.              CLOSED JNTA
99-2328         Kenneth A Welt v. Donna Shalala, et al                 APPEAL

9/20/99    1    Complaint (99-2328) Kenneth A Welt, As Trustee Of Hospital
                Staffing Services & Its Fourteen Related Debtors vs. Donna
                Shalala, As Secretary Of USDHHS, Health Care Financing
                Administration & Wellmark Inc . NOS 434 Injunctive
                Relief, NOS 454 Recover Money/Property, NOS 456
                Declaratory Judgment .   (Fee Paid $150.00) (myr)
                [EOD 09/21/99] [99-2328]

9/20/99    2    Summons Issued on Donna Shalala in 99-02328, Health Care
                Financing Administration in 99-02328, Wellmark, Inc. in
                99-02328 Answer due 10/15/99 for Wellmark, Inc., for Health
                Care Financing Administration, for Donna Shalala ;Pretrial
                Hearing scheduled for 9:30 11/9/99 at Room 308, Ft.
                Lauderdale ;Trial Hearing scheduled for <date not set> at
                Room 308, Ft. Lauderdale (myr) [EOD 09/21/99]
                [99-2328]

9/20/99    3    Order ( 9/20/99) Setting Filing/Disclosure Requirements for
                Pretrial/Trial. Initial Disclosures of Witnesses and
                Documents Shall Be Made At Least 30 Days Before the
                Pretrial Date. Last day for filing is: 10/12/99  . (EOD
                9/21/99) (myr) [EOD 09/21/99] [99-2328]

9/20/99    4    EMERGENCY Motion By  Plaintiff Kenneth A Welt For
                Temporary Restraining Order, & To Set Preliminary
                Injunction Hearing On:( [1-1] Complaint NOS 434 Injunctive
                Relief, [1-2] Complaint NOS 454 Recover Money/Property,
                [1-3] Complaint NOS 456 Declaratory Judgment ) (mc)
                [EOD 09/21/99] [99-2328]

9/21/99    5    Notice of Emergency Hearing by Arthur H Rice for Plaintiff
                Kenneth A Welt RE: [4-1] Motion For Temporary Restraining
                Order by Kenneth A Welt Scheduled For 9:30 9/24/99 at Room
                308, Ft. Lauderdale, [4-2] Motion To Set Preliminary
                Injunction Hearing On:( [1-1] Complaint NOS 434 Injunctive
                Relief, [1-2] Complaint NOS 454 Recover Money/Property,
                [1-3] Complaint NOS 456 Declaratory Judgment ) by Kenneth A
                Welt Scheduled For 9:30 9/24/99 at Room 308, Ft. Lauderdale
                (sh) [EOD 09/23/99] [99-2328]

9/21/99    6    Summons Served  9/21/99 on Wellmark, Inc., Health Care
                Financing Administration, Donna Shalala. (sh) [EOD 09/23/99]
                [99-2328]

9/22/99    7    Affidavit by Plaintiff Kenneth A Welt In Support of:
                Trustee's Motion for Temporary Restraining Order and to Set
                Preliminary Injunction. (sh) [EOD 09/27/99] [99-2328]
```

```
Proceedings include events between 1/1/99 and 1/27/00.              CLOSED JNTA
99-2328      Kenneth A Welt v. Donna Shalala, et al                 APPEAL
```

| | | |
|---|---|---|
| 9/24/99 | 8 | Notice Filed By Plaintiff Kenneth A Welt To Withdraw Document. Terminating [4-1] Motion For Temporary Restraining Order by Kenneth A Welt, [4-2] Motion To Set Preliminary Injunction Hearing On:( [1-1] Complaint NOS 434 Injunctive Relief, [1-2] Complaint NOS 454 Recover Money/Property, [1-3] Complaint NOS 456 Declaratory Judgment ) by Kenneth A Welt . (vf) [EOD 09/28/99] [99-2328] |
| 10/14/99 | 9 | Motion By Plaintiff Kenneth A Welt For Partial Summary Judgment as to Count III of the Complaint . (vf) [EOD 10/18/99] [99-2328] |
| 10/21/99 | 10 | Notice of Hearing by Arthur H Rice for Plaintiff Kenneth A Welt RE: [9-1] Motion For Partial Summary Judgment as to Count III of the Complaint by Kenneth A Welt Schd For 9:30 11/9/99 at Room 308, Ft. Lauderdale (mc) [EOD 10/22/99] [99-2328] |
| 10/25/99 | 11 | Motion By Defendant Donna Shalala To Dismiss Case (mc) [EOD 10/25/99] [99-2328] |
| 10/25/99 | 12 | Motion By Defendant Donna Shalala To Dismiss Case, For Relief From Stay, Injunctive Relief Pursuant to and For Declaratory Judgment {copy} (mc) [EOD 10/29/99] [99-2328] |
| 10/25/99 | 16 | Motion by Defendant Donna Shalala To Dismiss Other Defendants and to Re-Caption the Adversary Proceeding (vf) [EOD 11/16/99] [99-2328] |
| 11/1/99 | 13 | Notice of Hearing by Grisel Alonso for Defendant Donna Shalala RE: [12-1] Motion To Dismiss Case by Donna Shalala schd For 9:30 11/9/99 at Room 308, Ft. Lauderdale, [12-2] Motion For Relief From Stay by Donna Shalala schd For 9:30 11/9/99 at Room 308, Ft. Lauderdale, [12-3] Motion Injunctive Relief Pursuant to and For Declaratory Judgment by Donna Shalala schd For 9:30 11/9/99 at Room 308, Ft. Lauderdale (vf) [EOD 11/01/99] [99-2328] |
| 11/1/99 | 14 | Notice of Hearing on 11/9/99 @ 9:30 in Ft Lauderdale by Grisel Alonso for Defendant Donna Shalala RE: Defendant Secretary's Motion to Dismiss other defendants and to re-caption the adversary proceeding. (Motion not on docket) (vf) [EOD 11/01/99] [99-2328] |
| 11/3/99 | 15 | Response in Opposition By: Defendant Donna Shalala, in her official capacity as Secretary of the United States Dept of Health and Human Services Re: [9-1] Motion For Partial Summary Judgment as to Count III of the Complaint Kenneth A Welt (vf) [EOD 11/03/99] [99-2328] |

Proceedings include events between 1/1/99 and 1/27/00.                CLOSED JNTA
99-2328       Kenneth A Welt v. Donna Shalala, et al                  APPEAL

| | | |
|---|---|---|
| 11/22/99 | 17 | Order (11/18/99) Abating Discovery and Pretrial Requirements per cp 3 Re: [1-3] Complaint NOS 456 Declaratory Judgment Pretrial Hearing scheduled for 9:30 12/7/99 at Room 308, Ft. Lauderdale, [1-2] Complaint NOS Recover Money/Property until this Court's resolution of Plaintiff's Motion for partial Summary Judgment and Defendant's Motion to Dimiss. The pre-Trial is rschd For 9:30 12/7/99 at Room 308, Ft. Lauderdale . (Eod 11/22/99) (vf) [EOD 11/22/99] [99-2328] |
| 11/29/99 | 18 | Motion By Plaintiff Kenneth A Welt To Supplement Motion for Partial Summary Judgment cp #9 (Affidavit attached) (vf) [EOD 11/30/99] [99-2328] |
| 12/1/99 | 19 | Agreed Order ( 11/30/99) Granting [16-1] Motion To Dismiss Other Defendants and to Re-Caption the Adversary Proceeding by Donna Shalala. The case is Re-Captioned to read Kenneth A Welt, as Chapter 7 trustee for the estateof Hospital Staffing Services, Inc. and its 14 related Debtors vs Donna Shalala, as Secretary of the US Dept of Health and Human services. (Eod 12/2/99) (vf) [EOD 12/02/99] [Edit date 12/02/99] [99-2328] |
| 12/2/99 | 20 | Ex Paarte Motion By Plaintiff Kenneth A Welt To Continue Pre-trial Hearing On:( [18-1] Affidavit in support of Motion To Supplement Motion for Partial Summary Judgment cp #9 by Kenneth A Welt ) . (vf) [EOD 12/06/99] [99-2328] |
| 12/7/99 | 21 | Order ( 12/5/99) Granting in Part, Denying in Part [20-1] Motion To Continue Pre-trial Hearing On:( [18-1] Affidavit in support of Motion To Supplement Motion for Partial Summary Judgment cp #9 by Kenneth A Welt ) by Kenneth A Welt. The pretrial scheduled for 12/7/99 @ 9:30 is continued until such time as this court has ruled on the Trustee's Motion for Partial Summary Judgments as to Count II. (Eod 12/8/99) (vf) [EOD 12/08/99] [99-2328] |
| 12/8/99 | 22 | Order ( 12/7/99) Denying [18-1] Motion To Supplement Motion for Partial Summary Judgment cp #9 by Kenneth A Welt. (Eod 12/8/99) (vf) [EOD 12/08/99] [99-2328] |
| 12/8/99 | 23 | Order ( 12/7/99) Granting [11-1] Motion To Dismiss Complaint by Donna Shalala and Denying [9-1] Motion For Partial Summary Judgment as to Count III of the Complaint by Kenneth A Welt. The complaint and the Adversary proceeding are dismissed in their entirety. (Eod 12/9/99) (vf) [EOD 12/09/99] [99-2328] |
| 12/8/99 | 24 | Certificate Of Service By Grisel Alonso for Defendant Donna Shalala Of [19-1] Agreed Order Granting Defendant Secretary's Motion to dimiss other defendants and to re-caption the adv proceeding . (vf) [EOD 12/09/99] [99-2328] |

```
Proceedings include events between 1/1/99 and 1/27/00.              CLOSED JNTA
99-2328        Kenneth A Welt v. Donna Shalala, et al                APPEAL


12/9/99   25      Certificate Of Service By Arthur H Rice for Plaintiff
                  Kenneth A Welt  Of [21-1] Order to continue pretrial
                  conference. (mc) [EOD 12/10/99] [99-2328]

12/10/99  --      Disposition of Adversary (99-2328) Dismissing [1-3]
                  Complaint NOS 456 Declaratory Judgment Dismissing [1-2]
                  Complaint NOS 454 Recover Money/Property Dismissing [1-1]
                  Complaint NOS 434 Injunctive Relief (vf) [EOD 12/10/99]
                  [99-2328]

12/10/99  --      Adversary Case (99-2328) Closed. (vf) [EOD 12/10/99]
                  [99-2328]

12/10/99  26      Certificate Of Service By Arthur H Rice for Plaintiff
                  Kenneth A Welt Of [22-1] Order denying Trutee' s Motion to
                  supplement Motion for Partial Summary Judgment. (vf)
                  [EOD 12/14/99] [99-2328]

12/14/99  27      Certificate Of Service By Grisel Alonso for Defendant Donna
                  Shalala  Of [23-1] Order Dismissing Complaint and Denying
                  Plaintiff's motion for partial summary judgement . (vf)
                  [EOD 12/14/99] [99-2328]

12/20/99  28      Motion By  Plaintiff Kenneth A Welt To Reconsider Re:
                  Order [23-1] Granting Defendant's Motion to Dismiss
                  Complaint and Denying Plaitniff's Motion for Partial
                  Summary Judgment and For Leave to Amend [1-3] Complaint
                  NOS 456 Declaratory Judgment, [1-2] Complaint NOS 454
                  Recover Money/Property (vf) [EOD 12/21/99] [99-2328]

12/22/99  29      Order ( 12/22/99) Denying [28-1] Motion To
                  Reconsider/Rehearing Re: Order [23-1] by Kenneth A Welt
                  Denying [28-2] Motion For Leave to Amend [1-3] Complaint
                  NOS 456 Declaratory [1-2] Complaint NOS 454 Recover
                  Money/Property by Kenneth A Welt. (Eod 12/22/99) (vf)
                  [EOD 12/23/99] [99-2328]

12/27/99  30      Certificate Of Service By Arthur H Rice for Plaintiff
                  Kenneth A Welt  Of [29-1] Order Denying Trustee's Motion
                  for Rehearing and or Reconsideration of Order Granting
                  Defendants Motion to dismiss Complaint . (vf) [EOD 12/29/99]
                  [99-2328]

1/3/00    31      Notice Of Appeal By Kenneth A Welt Appeal Designation Due:
                  1/13/00 RE: [23-1] Order Granting Defendant's Motion to
                  dismiss Complaint and Denying Plaintiff's Motion for
                  partial Summary Judgment, [29-1] Order denying Trustee's
                  Motion for Rehearing and or Reconsideration of Order
                  Granting Defendant's Motion to Dismiss Complaint. (Fee
                  paid) (vf) [EOD 01/04/00] [99-2328]

1/5/00    32      Clerk's Notice of Mailing of [31-1] Notice Appeal  by
                  Kenneth A Welt. (vf) [EOD 01/05/00] [99-2328]
```

```
Proceedings include events between 1/1/99 and 1/27/00.              CLOSED JNTA
99-2328        Kenneth A Welt v. Donna Shalala, et al               APPEAL


1/13/00   33    Designation By Appellant Kenneth A Welt Of Contents For
                Inclusion In Record On Appeal Re: [31-1] Notice Appeal  by
                Kenneth A Welt ;  Transmission Due: 2/14/00 (vf)
                [EOD 01/14/00] [99-2328]

1/13/00   33    Designation of Items to be included in the record on Appeal
                and Statement of Issues on Appeal by Appleeant Kenneth A
                Welt Re: [31-1] Notice Appeal by Kenneth A Welt . (vf)
                [EOD 01/14/00] [99-2328]

1/18/00   34    Transcript of Hrg 11/9/00 on Motion for Partial Summary
                Judgment (vf) [EOD 01/19/00] [99-2328]

1/25/00   35    Notice of Filing By Plaintiff Kenneth A Welt Items to be
                included Re: [33-1] Appeal Designation Record on Appeal by
                Kenneth A Welt (vf) [EOD 01/27/00] [99-2328]

1/27/00   36    Transmission of Record on Appeal to Dist Ct. Re: [31-1]
                Notice Appeal  by Kenneth A Welt (vf) [EOD 01/27/00]
                [99-2328]
```