UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| HOSPITAL STAFFING SERVICES, INC., ETC., ET AL. | CASE NO. 98-21821-BKC-RBR |
| | (JOINTLY ADMINISTERED) |
| Debtors. | |
| KENNETH A. WELT as Chapter 7 Trustee of Hospital Staffing Services, Inc. and its fourteen (14) related Debtors, | ADV. NO.: 99-2328-BKC-RBR-A |
| Plaintiff, | |
| v. | |
| DONNA SHALALA, as Secretary of the United States Department of Health and Human Services, | |
| Defendant. | |

## APPELLANT KENNETH A. WELT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

COMES NOW, Kenneth A. Welt ("Welt"), Chapter 7 Trustee for Hospital Staffing Services, Inc. and its fourteen (14) affiliates (collectively "Debtors"), by and through undersigned counsel and pursuant to Fed.R.Bankr.P. 8006 files its *Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented*, pursuant to its *Notice of Appeal* filed on January 5, 2000 from the Court's *Order Granting Defendant's Motion to Dismiss Complaint and Denying Plaintiff's Motion for Partial Summary Judgment* (C.P. 23) dated December 7, 1999 and *Order Denying Trustee's Motion for Rehearing and/or Reconsideration of Order Granting Defendant's Motion to Dismiss Complaint, etc.* (C.P. 29) dated December 22, 1999, as follows:

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Court Paper No. | Name of Pleading |
|---|---|
| 1 | Complaint for Damages pursuant to 11 U.S.C. §302(h) and 11 U.S.C. §105 for Intentional Violation of the Automatic Stay; for Injunctive Relief Pursuant to 11 U.S.C. §105; and for Declaratory Judgment. |
| 7 | Affidavit by Plaintiff Kenneth A. Welt In Support of Trustee's Motion for Temporary Restraining Order and to Set Preliminary Injunction. |
| 9 | Trustee's Motion for Partial Summary Judgment as to Count III of the Complaint. |
| 12 | Defendant's Motion to Dismiss Plaintiff's Complaint for Damages Pursuant to 11U.S.C. §362 (h) and 11 U.S.C. §105 for Intentional Violation of the Automatic Stay; for Injunctive Relief Pursuant to 11 U.S.C. §105; and for Declaratory Judgment. |
| 15 | Defendant Secretary's Response in Opposition to Trustee's Motion for Partial Summary Judgment as to Count III of the Complaint. |
| 16 | Defendant Secretary's Motion to Dismiss Other Defendants and to Re-Caption the Adversary Proceeding. |
| 18 | Trustee's Motion to Supplement Motion for Partial Summary Judgment. |
| 19 | Agreed Order Granting Defendant Secretary's Motion to Dismiss Other Defendants and to Re-Caption the Adversary Proceeding. |
| 22 | Order Denying Trustee's Motion to Supplement Motion for Partial Summary Judgment. |
| 23 | Order Granting Defendant's Motion to Dismiss Complaint and Denying Plaintiff's Motion for Partial Summary Judgment. |
| 28 | Trustee's Motion for Rehearing and/or Reconsideration of Order Granting Defendant's Motion to Dismiss Complaint and Denying Plaintiff's Motion for Partial Summary Judgment and For Leave to Amend the Complaint. |
| 29 | Order Denying Trustee's Motion for Rehearing and/or Reconsideration of Order Granting Defendant's Motion to Dismiss Complaint, etc. |
| — | Transcript of hearing on November 9, 1999 at 9:30 a.m. upon Trustee's Motion for Partial Summary Judgment as to Count III of the Complaint and Defendant's Motion to Dismiss Plaintiff's Complaint for Damages Pursuant to 11 U.S.C. §362 (h) and 11 U.S.C. §105 for Intentional Violation of the Automatic Stay; for Injunctive Relief Pursuant to 11 U.S.C. §105; and for Declaratory Judgment. |

*Adv. No. 99-2328-BKC-RBR-A*

## STATEMENT OF ISSUES TO BE PRESENTED

1. Whether the Bankruptcy Court erred in dismissing the Trustee's *Complaint* and denying the Trustee's *Motion for Partial Summary Judgment* when the Bankruptcy Court is not precluded, by operation of 42 U.S.C. § 405(h), from exercising jurisdiction over Medicare payments as requested in the Trustee's *Complaint* pursuant to 28 U.S.C. § 1334 and the standing order of reference in the Southern District of Florida.

2. Whether the Bankruptcy Court erred in dismissing the Trustee's *Complaint* and denying the Trustee's *Motion for Partial Summary Judgment* where such dismissal is in direct conflict with the law of the case as established by the Bankruptcy Court's previous ruling in a related adversary styled *Hospital Staffing Services of Tennessee, Inc. v. Donna Shalala et al.*, Adv. No. 98-2151-BKC-RBR-A and where the factual underpinnings of both proceedings are substantially the same.

3. Whether the Bankruptcy Court erred in denying the *Trustee's Motion for Rehearing and/or Reconsideration of Order Granting Defendant's Motion for Partial Summary Judgment and for Leave to Amend the Complaint* where such denial is in direct conflict with the law of the case as established by the Bankruptcy Court's previous ruling in a related adversary styled *Hospital Staffing Services of Tennessee, Inc. v. Donna Shalala et al.*, Adv. No. 98-2151-BKC-RBR-A and where the factual underpinnings of both proceedings are substantially the same.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

3

RICE & ROBINSON, P.A.
ATTORNEYS AT LAW

Adv. No. 99-2328-BKC-RBR-A

Dated this \_\_13\_\_ day of January, 2000.

**RICE & ROBINSON, P.A.**
Attorneys for Appellant/Trustee
848 Brickell Avenue, Suite 1100
Miami, Florida 33131-2943
Telephone: (305) 379-3121
Facsimile: (305) 379-4119

By: _____
ARTHUR HALSEY RICE
Florida Bar No.: 224723
JAMES MATTHEW VAUGHN
Florida Bar No.: 151122

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct of the foregoing was served via U.S. Mail, postage prepaid, upon all parties set forth on the attached service list this \_\_13\_\_ day of January, 2000.

_____
JAMES MATTHEW VAUGHN

RICE & ROBINSON, P.A.
ATTORNEYS AT LAW

Thomas E. Scott, Esq., U.S. Attorney
Grisel Alonso, Esq., Asst U.S. Attorney
U.S. Department of Justice
99 NE 4th Street, Suite 310
Miami, FL 33132

U.S. Dept. of Health and Human Services
200 Independence Avenue, S.W.
Washington DC 20201

Lance Baker, Esq.
Capital Healthcare Financing, a division of
Capital Factors, Inc.
120 East Palmetto Park Blvd., 5th Floor
Boca Raton, FL 33432

Greg Bongiovanni, Esquire
Department of Health and Human Servs
61 Forsyth Street, S.W., Suite 5M60
Atlanta, Georgia 30303-8909

Kenneth A. Welt, Trustee
3790 N 28 Terrace
Hollywood, FL 33020

Janet Reno, U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC 20530
Donna Shalala, Secretary

Andrew Zaron, Esq.
Ruden, McCloskey, Smith, *et al.*
200 E. Broward Boulevard, #1900
Fort Lauderdale, Florida 33302

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE