UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

HOSPITAL STAFFING SERVICES,
INC., *ETC.*, *ET AL.*

    Debtors.

KENNETH A. WELT as Chapter 7
Trustee of Hospital Staffing Services, Inc.
and its fourteen (14) related Debtors,

    Plaintiff/Appellant,

v.

DONNA SHALALA, as Secretary of the
United States Department of Health and
Human Services,

    Defendant/Appellee.

CASE NO. 98-21821-BKC-RBR

(JOINTLY ADMINISTERED)

ADV. NO. 99-2328-BKC-RBR-A

USDC NO. 00-6127-CIV-GRAHAM

FILED by _____ D.C.

FEB 15 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING APPELLANT'S MOTION
## TO SUPPLEMENT RECORD ON APPEAL

THIS CAUSE came on before the Court upon the *Appellant's Motion to Supplement Record on Appeal* ("*Motion*"). This Court, having reviewed the *Motion* and the file, having found good cause shown to enter the relief requested by the Appellant and being otherwise duly advised in the premises does

**ORDER** as follows:

1.    The *Appellant's Motion to Supplement Record on Appeal* is **GRANTED**;

2.    The record on appeal in this case shall be supplemented to include the February 11, 1999 letter from Adrienne Rabinowitz of the United States Attorney's Office to Kenneth A. Welt and the following pleadings from that certain adversary proceeding styled *Hospital Staffing*




*Services of Tennessee, Inc. v. Donna Shalala et al.*, Adv. No. 98-2151-BKC-RBR-A:

| Court Paper No. | Name of Pleading |
| --- | --- |
| 13 | Memorandum Decision Granting Debtor's Motion Pursuant to 11 U.S.C. § 105 and Fed.R.Bankr.P. 7065 for Temporary Restraining Order and/or Preliminary Injunction |
| 14 | Order Granting Motion for Temporary Restraining Order and Preliminary Injunction |
| 61 | Order Granting Motion to Vacate Memorandum Decision and Order Granting Motion for Temporary Restraining Order and Preliminary Injunction |
| 62 | Order Granting Motion for Approval of Settlement |

**DONE and ORDERED** in Fort Lauderdale, Southern District of Florida this 14th day of February, 2000.

DONALD L. GRAHAM
United States District Judge

Copies furnished to:

Arthur Halsey Rice
Grisel Alonso